UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | |
| v. | CASE NO.: 1:12-cv-527 |
| CONTENTS OF ACCOUNT XXX1506, IN THE NAME OF DARK WINGS, LLC, AT FIFTH THIRD BANK, 500 CHILLICOTHE STREET, PORTSMOUTH, OHIO 45662, DEFENDANT 1, *et al.*, | |

### ORDER SEALING DECLARATION IN SUPPORT OF VERIFIED COMPLAINT FOR FORFEITURE IN REM

Based upon the motion of the United States of America, and good cause appearing,

IT IS ORDERED that the Declaration of Special Agent Brian S. Carroll is hereby sealed until further order of this Court.

*Timothy S. Black*
UNITED STATES DISTRICT JUDGE